**FEBRUARY, 2012**

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
|  |  |  | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 Unrecorded discussions during a meal CHS, Wright | 16 | 17 | 18 |
| 19 | 20 Recorded discussions during a meal CHS, Wright, Baxter, | 21 | 22 | 23 | 24 Recorded discussions during a meal CHS, Wright, Baxter, Stevens | 25 |
| 26 | 27 | 28 | 29 |  |  |  |

**MARCH, 2012**

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
|  |  |  |  | 1 | 2 Recorded discussion while driving –CHS, Baxter, Wright | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 Recorded conversations at work – CHS, Wright | 23 Recorded conversations at work – CHS, Wright | 24 |
| 25 | 26 | 28 Recorded conversations while driving to work CHS, Wright, Baxter <hr> Recorded conversations with arms dealer CHS, Wright, Baxter | 28 | 29 | 30 Recorded phone call Wright and Undercover Agent (C4 offered and declined) | 31 Recorded conversations while driving to work – CHS, Wright, Baxter |

**APRIL, 2012**

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 1<br>Unrecorded meeting with CHS, Wright and Undercover Agent | 2 | 3 | 4 | 5 | 6 | 7<br>Recorded conversations at work CHS, Wright, Baxter, Stevens |
| 8 | 9 | 10<br>Recorded conversations at work CHS, Wright, Baxter, Stevens | 11 | 12<br>Unrecorded conversations at work CHS, Wright, Baxter, Stevens | 13 | 14 |
| 15 | 16<br>Recorded conversation at work CHS and Wright | 17 | 18<br>Recorded conversation CHS, Wright | 19<br>Recorded conversation at work CHS, Wright, Stevens CHS selects location for C-4 use | 20<br>Recorded conversation at bridge CHS, Wright, Stevens | 21 |
| 22 | 23 | 24 | 25<br>Recorded conversation between CHS and Wright | 26 | 27<br>Recorded conversation CHS, Wright, Baxter, Stafford | 28<br>Unrecorded phone calls CHS, Wright partially recorded phone call, CHS, Baxter |
| 29<br>Riot gear and C-4 picked up CHS Wright, Baxter, Haynes | 30<br>C-4 planted at bridge CHS Wright, Baxter, Stevens, Haynes, Stafford | May 1 | | | | |